1006

William F. HOPPE, Appellant, v. UNITED STATES of America, Appellee.

No. 6597.

Circuit Court of Appeals, Fifth Circuit.

March 20, 1933.

Bart A. Riley, of Miami, Fla., for appellant.

W. P. Hughes, U. S. Atty., of Jacksonville, Fla., and B. R. Cisco, Asst. U. S. Atty., of Miami, Fla.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

G. G. HOWARD, Appellant, v. John H. HAMILTON, as Receiver of the Sunburst Oil & Refining Company, a Corporation, Appellee.

No. 7022.

Circuit Court of Appeals, Ninth Circuit.

March 10, 1933.

Hall & McCabe, of Great Falls, Mont., for appellant.

George E. Hurd, of Great Falls, Mont., for appellee.

Before WILBUR, SAWTELLE, and MACK, Circuit Judges.

PER CURIAM.

This cause being called for oral argument, and no counsel appearing for either party, and it appearing to the court that the record has not been printed and no briefs filed, it is ordered that the appeal in this cause be dismissed.

Peter A. HUFF, Bankrupt, Appellant, v. Furman B. WHITESCARVER, Trustee in Bankruptcy of Peter A. HUFF, Appellee.

No. 3413.

Circuit Court of Appeals, Fourth Circuit.

Jan. 10, 1933.

Marion L. Bergman, of Salem, Va., for appellant.

B. E. Estes, of Roanoke, Va., for appellee.

PER CURIAM.

Cause dismissed under Rule 20 by agreement of counsel.

IRA M. PETERSIME & SON v. John L. ROBBINS, Trading as Robbins Incubator Mfg. Company.

No. 6274.

Circuit Court of Appeals, Sixth Circuit.

Feb. 8, 1933.

See, also, 51 F.(2d) 174; 40 F.(2d) 640.

Toulmin & Toulmin, of Dayton, Ohio, for appellant.

R. I. Blakeslee, of Los Angeles, Cal., and Allen & Allen, of Cincinnati, Ohio, for appellee.

PER CURIAM.

Decree of District Court affirmed.